UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN O'CONNELL | CIVIL ACTION NO: 2:11-cv-00483 |
| VERSUS | SECTION "A", MAGISTRATE 5 |
| CHEVRON NORTH AMERICA EXPLORATION AND PRODUCTION COMPANY | JUDGE JAY C. ZAINEY |
| | MAGISTRATE ALMA L. CHASEZ |

PLAINTIFF'S SECOND AMENDED SEAMAN'S COMPLAINT

MAY IT PLEASE THE COURT:

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Sean O'Connell, in the above captioned matter and reavering all of the allegations in his original and First Amended Complaint filed herein and respectfully amends the original Complaint as follows:

1.

By amending Paragraph I to read:

Made Defendants are:

  A.    Chevron North America Exploration and Production Company ("Chevron"), a foreign company authorized to do and doing business in the State of Louisiana and the Eastern District of Louisiana.  Defendant, Chevron, has appointed  as its registered agent for the service of process Chevron U.S.A., Inc., 6001 Bollinger Canyon Road, San Ramon, CA;

B. The George R. Brown Partnership, L.P., a foreign business partnership, authorized to and doing business in the State of Louisiana and the Eastern District of Louisiana. The George R. Brown Partnership, L.P., has appointed as its registered agent for service, Frederick C. Gibson, 4700 First City Tower, 1001 Fannin, Houston, Texas; and

C. Hilcorp Energy Company, a foreign company, authorized to and doing business in the State of Louisiana and the Eastern District of Louisiana.

2.

By adding the Defendant, Hilcorp Energy Company in every instance where Defendant, Chevron North America Exploration and Production Company and The George R. Brown Partnership, L.P. are mentioned in the original Complaint.

3.

Plaintiff further prays for all general, legal, equitable, and relief available to him under the laws of the United States, and for a civil trial by jury.

            Respectfully submitted,

            C. ARLEN BRAUD, II, #20719
            MICHELLE O. GALLAGHER, #23886
            MEGAN E. ALGERO, #32988
            Braud & Gallagher, L.L.C.
            111 N. Causeway Blvd., Ste. 201
            Mandeville, LA 70448
            Telephone: (985) 778-0771
            Facsimile: (985) 778-0781
            Email: arlenb@braudandgallagher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2011, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

            C. ARLEN BRAUD, II

**SERVICE VIA**
**WAIVER OF SERVICE**
**IN ACCORDANCE WITH**
**FRCP RULE 4(d):**

Hilcorp Energy Company

3