## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN O'CONNELL | CIVIL ACTION NO: 2:11-cv-00483 |
| VERSUS | SECTION "A", MAGISTRATE 5 |
| CHEVRON NORTH AMERICA EXPLORATION AND PRODUCTION COMPANY | JUDGE JAY C. ZAINEY |
| | MAGISTRATE ALMA L. CHASEZ |

## ORDER OF DISMISSAL

Considering Plaintiff's Ex Parte Motion for Voluntary Dismissal of Chevron North America Exploration and Production Company:

**IT IS ORDERED** that the motion is **GRANTED** and that Defendant, Chevron North America Exploration and Production Company, is hereby dismissed without prejudice, each party to bear his or its own costs.  Plaintiff specifically reserves his rights against all other parties.

New Orleans, Louisiana, this 14th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE