# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN O'CONNELL | CIVIL ACTION NO: 2:11-cv-00483 |
| VERSUS | SECTION "A", MAGISTRATE 5 |
| CHEVRON NORTH AMERICA EXPLORATION AND PRODUCTION COMPANY | JUDGE JAY C. ZAINEY |
| | MAGISTRATE ALMA L. CHASEZ |

## ORDER OF DISMISSAL

Considering Plaintiff's Ex Parte Motion for Voluntary Dismissal of Suit Without Prejudice:

**IT IS ORDERED** that the motion is **GRANTED** and that this instant suit is hereby dismissed without prejudice, each party to bear his or its own costs.

New Orleans, Louisiana, this 10th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE